IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.                                          CRIMINAL ACTION NO. 1:13CR00047-001

CYNTHIA H. CARTER

## ORDER

The Court conducted a show cause hearing on October 20, 2016, in regard to the Defendant's efforts, while on supervision, to repay the Court ordered obligations. Based upon the Defendant's failure to comply with the Order the Defendant shall appear before the Court for an additional show cause hearing.

It is therefore ORDERED that the Defendant shall appear at the Thomas G. Abernathy Federal Building, 301 West Commerce Street, Courtroom 1, Aberdeen, Mississippi, on **Wednesday, May 17, 2017** at **10:30 a.m.**

So ORDERED, this the _1st_ day of _May_, 2017.

_____
SHARION AYCOCK
CHIEF U.S. DISTRICT JUDGE