IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  CRIMINAL ACTION NO. 1:13CR00047-001

Cynthia H. Carter  DEFENDANT

## ORDER

The Court conducted a show cause hearing on May 17, 2017, in regard to the Defendant's efforts while on supervision, to repay the Court ordered obligations. Based upon the information presented to the Court by the U.S. Probation Officer and the Defendant, the Court orders the following actions:

It is hereby ORDERED that:

1. The defendant shall file a 2016 tax return within 30 days and is required to provide the U.S. Probation Officer a copy of the return within 30 days.

2. The defendant shall provide the U.S. Probation Officer a copy of the rejection letter or email concerning the 2016 tax return within 10 days.

3. The defendant shall seek part-time additional employment and report to the U.S. Probation Officer in detail any and all efforts to obtain employment within 30 days.

4. The defendant shall pay $200 monthly toward restitution and shall not miss a payment beginning June 1, 2017.

5. The defendant shall submit a financial statement to the U.S. Probation Officer within 10 days of each month or possibly result in revocation if not in compliance.

So ORDERED, this the 17th day of May, 2017.

SHARION AYCOCK
CHIEF U.S. DISTRICT JUDGE